**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

ASHLEY HAYES, :

        Plaintiff, :

vs. : CA 17-000051-C

RUBY TUESDAY, INC., :

        Defendant. :

## STIPULATED FINAL JUDGMENT

    In accordance with the separate Order entered on this date in the above-styled case approving the parties' Second Joint Motion for Approval of Settlement of FLSA Claims and Dismissal with Prejudice, (Doc. 18), for settlement under the Fair Labor Standards Act, it is **ORDERED**, **ADJUDGED**, and **DECREED JUDGEMENT** be, and the same hereby is, entered in favor of Plaintiff Ashley Hayes and against Defendant Ruby Tuesday, Inc., in the total amount of **$5,456.00**, which consists of $2,300.00 in back wages and liquidated damages, and $3,156.00 in attorney's fees and costs.

    **DONE** and **ORDERED** this the 29th day of August 2017.

    s/WILLIAM E. CASSADY
    **UNITED STATES MAGISTRATE JUDGE**